**Michael Wayne FRENCH, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

No. 74356.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 26, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for appellant.

Harold E. Horsley, Jr., Sullivan and Associates, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### *ORDER*

PER CURIAM.

The Director of Revenue appeals from the trial court's judgment setting aside the suspension or revocation of Michael French's driving privilege.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm pursuant to Rule 84.16(b).